# Exhibit A to Supplemental Removal Cover Sheet

| Full Name of Plaintiff | Pending at time of removal – Yes/No? | Dismissed or terminated? Yes/No | Dates of Dismissal or Termination |
|---|---|---|---|
| Capital Ford Of Charlotte, Inc. | Yes | No | |
| Capital Ford Of Lillington, Inc. | Yes | No | |
| Capital Ford Of Wilmington, LLC | Yes | No | |
| Cella Ford, Inc. | Yes | No | |
| Central Ford, Inc. D/B/A Feyer Ford Of Ahoskie | Yes | No | |
| Champion Ford Lincoln, Inc. | Yes | No | |
| Cloninger Ford, Inc. | Yes | No | |
| Cloninger Ford Of Morganton, Inc. | Yes | No | |
| County Motor Company, Inc. D/B/A County Ford | Yes | No | |
| Crescent Ford, Inc | Yes | No | |
| Crossroads Ford Of Dunn-Benson, Inc. | Yes | No | |
| Crossroads Ford Lincoln Of Southern Pines, Inc. | Yes | No | |
| Crossroads Ford, Inc. | Yes | No | |
| Crossroads Ford Of Fuquay-Varina, Inc. | Yes | No | |
| Crossroads Ford Of Henderson, Inc. | Yes | No | |
| Crossroads Ford Of Indian Trail, Inc. | Yes | No | |

| | | | |
|---|---|---|---|
| Crossroads Ford Of Kernersville, Inc. | Yes | No | |
| Crossroads Ford Lincoln Of Sanford, Inc. D/B/A Crossroads Ford Of Sanford | Yes | No | |
| Crossroads Ford Of Lumberton, Inc. | Yes | No | |
| Crossroads Ford Of Wake Forest, Inc. | Yes | No | |
| Deacon Jones Ford-Lincoln, Inc.; | Yes | No | |
| DT Of Havelock, LLC D/B/A Riverside Ford | Yes | No | |
| Egolf Ford Of Brey Ard, LLC | Yes | No | |
| Fairlane Automotive LLC D/B/A Friendship Ford Of Lenoir | Yes | No | |
| Feyer Ford, Inc. | Yes | No | |
| Feyer Ford and Lincoln, Inc. | Yes | No | |
| Feyer Ford Of Edenton, Inc. | Yes | No | |
| Green Ford, LLC; | Yes | No | |
| Hastings Ford, Inc. | Yes | No | |
| Ken Wilson Ford, Inc. | Yes | No | |
| Lookout Ford, Inc. | Yes | No | |
| Pilot Mountain Ford, Inc. D/B/A Foothill Ford | Yes | No | |
| Premier Ford Lincoln Mercury, Inc. D/B/A Capital Ford Of Rocky Mount | Yes | No | |
| Ray Motor Company, Inc. D/B/A Capital Ford Of Hillsborough | Yes | No | |

| | | | |
|---|---|---|---|
| Sale Ford, LLC D/B/A Sale Ford Of Kinston | Yes | No | |
| Sanders Ford, Inc. | Yes | No | |
| Scenic Motors, Inc. D/B/A Scenic Ford | Yes | No | |
| Stanley County Automotive, LLC D/B/A Albemarle Ford | Yes | No | |
| Stearns Ford, Inc. | Yes | No | |
| Tri-City Ford, Inc. | Yes | No | |
| Welford Harris, Inc. D/B/A Welford Harris Ford | Yes | No | |
| Wynn Odom Ford, Inc | Yes | No | |